UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES L. HOLCOMBE, JR.                      CIVIL ACTION

VERSUS                                        NO: 13-516

N. BURL CAIN, WARDEN                          SECTION: "J" (2)


<u>**ORDER**</u>

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 13)**, and petitioner's **Objection to Report and Recommendation (Rec. Doc. 14)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that petitioner's **Objection to Report and Recommendation (Rec. Doc. 14)** should be and hereby is <u>**OVERRULED**</u>;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of Habeas Corpus (Rec. Doc. 1)** should be and hereby is <u>**DENIED with prejudice**</u>.

New Orleans, Louisiana this 1st day of October, 2013.


CARL J. BARBIER
UNITED STATES DISTRICT JUDGE